## YOUNG *v.* STATE

[No. 160, September Term, 1964.]

*Decided July 28, 1965.*

The cause was argued on October 21, 1964, before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ., and reargued on June 29, 1965 before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

*William M. Nickerson* (on both arguments) for appellant.

*Robert F. Sweeney, Assistant Attorney General* (on both arguments), with whom was *Thomas B. Finan, Attorney General,* on the brief, for appellee.

PER CURIAM.

For the reasons given in *Linkletter v. Walker,* 381 U. S. 618, *Nance v. Warden,* 239 Md. 404, and *Cowans and Hayes v. State,* 238 Md. 433, the judgment of the trial court will be affirmed.[1]

*Judgment affirmed.*

---

1. Former Chief Judge Henderson sat in hearing the argument in this case, but has not participated in the opinion due to his retirement.